UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-61392-Civ-Bloom/Valle

JAMES K. FIANO,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., ET AL.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, James K. Fiano, gives notice that the parties have reached a settlement and respectfully requests the parties be excused from mediation and be permitted up to January 5, 2018 to conclude the settlement process and file their joint dismissal.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-61392-Civ-Bloom/Valle

JAMES K. FIANO,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., ET AL.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 21, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Michael P. Schuette, Jr., Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2472
Facsimile: 866-466-3140

Via Notices of Electronic Filing generated by CM/ECF